UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MUSTAPHA CAMARA, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | Civil Action No. 3:26-CV-2513-X |
| | § | |
| MIGUEL VERGARA, *Acting Field Office Director*, et al., | § | |
| | § | |
| | § | |
| *Respondents*. | § | |

## MEMORANDUM OPINION AND ORDER

Before the Court is Petitioner Mustapha Camara's Emergency Motion for Temporary Restraining Order (TRO) and Emergency Hearing (the "Motion"). (Doc. 2). The Court **ORDERS** Camara to serve the Respondents with notice of the Motion and this Order by any means necessary and file proof of service with the Court by 6:00PM tonight, July 29, 2026.

The Court **ORDERS** the parties to appear—including Petitioner Mustapha Camara—for a hearing at 2:00PM tomorrow, July 30, 2026. The parties should come prepared to discuss 1) the Withholding of Removal order,[1] 2) what country Respondents intend to remove Camara to, and 3) whether Camara was afforded due process of law as articulated by the Supreme Court.[2] This Court is limited to

[1] Doc. 2 at 1 ("Petitioner was granted Withholding of Removal by an immigration judge from Gambia in 2022.").

[2] "[T]he Fifth Amendment entitles aliens to due process of law in the context of removal proceedings." *Trump v. J. G. G.*, 604 U. S. 670, 673, (2025) (per curiam) (cleaned up); "In order to actually seek habeas relief, a detainee must have sufficient time and information to reasonably be able to contact counsel, file a petition, and pursue appropriate relief." *A. A. R. P. v. Trump*, 605 U.S. 91, 95 (2025) (cleaned up).

determining whether the Supreme Court's articulation of due process of law was complied with.

**IT IS SO ORDERED** this 29th day of July, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE